

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00935-CV

**IN RE** Michael A. **BAUMHOLTZ**, M.D., Relator

Original Proceeding[1]

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: November 8, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On October 19, 2023, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019-CI-00206, styled *Shaneil Nakamoto v. Michael A. Baumholtz, M.D.*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.